THE PEOPLE OF THE TERRITORY OF GUAM

v.

FRANK HARDINA & MICHAEL HARDINA, Defendants

Criminal No. 82F-76

Superior Court of Guam

October 28, 1976

———————

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order and order for production of grand jury testimony, this Court cites the Decision in the companion case *People of the Territory of Guam v. Michael Imamura*, 104F-76.

Submit order.